United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JONATHAN EDGARDO MARTINEZ HERNANDEZ, <br>     "Petitioner," <br><br> v. <br><br> WARDEN, PORT ISABEL DETENTION CENTER <br>     "Respondents" | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:26-cv-00598 |

## ORDER

Before the Court are Petitioner's "Pro Se Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Emergency Pro Se Motion to Stay Removal" ("Motion to Stay Removal") (Dkt. No. 2). To expedite the Court's review, Respondents are **ORDERED** to submit a response by **July 3, 2026, at 5 p.m. CST**, showing cause why this Court should not grant the Petition (Dkt. No. 1) and Motion to Stay Removal (Dkt. No. 2).

SIGNED this June 24, 2026

_____
Rolando Olvera
United States District Judge