United States District Court
Southern District of Texas

**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JONATHAN EDGARDO MARTINEZ HERNANDEZ, "Petitioner," | § § § § |
| v. | § § |
| WARDEN, PORT ISABEL DETENTION CENTER, *et al.*, "Respondents." | § § § § |

Civil Action No. 1:26-cv-00598

## ORDER

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Emergency Pro Se Motion to Stay Removal" ("Motion to Stay") (Dkt. No. 2), and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss as Moot or for Lack of Subject Matter Jurisdiction" ("MTD") (Dkt. No. 20). Respondents notified the Court through their MTD that Petitioner was removed from the United States on June 8, 2026, pursuant to a final order of removal. Dkt. No. 20 at 1. For this reason, Respondents' MTD (Dkt. No. 20) is **GRANTED**, and Petitioner's Petition (Dkt. No. 1) and Motion to Stay (Dkt. No. 2) are **DISMISSED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's removal renders his Petition (Dkt. No. 1) and Motion to Stay (Dkt. No. 2) moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' MTD (Dkt. No. 20) is **GRANTED**, and Petitioner's Petition (Dkt. No. 1) and Motion to Stay (Dkt. No. 2) are **DISMISSED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this July 21, 2026

Rolando Olvera
United States District Judge